Date: 06/22/10

# DIVIDENDS REMITTED TO THE COURT

*R# 150481* Page:

*/# 110*

Check Number 110 Dated 06/22/10
Case Number 09-19675 - KELLEY, SANDRA E.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **DEPARTMENT STORES** | **000002** | **184.48** | **3.97** |
| **NATIONAL BANK/MACY'S** | | | |
| **NCO FINANCIAL SYSTEMS, INC.** | | | |
| **PO BOX 137** | | | |
| **COLUMBUS, GA 31902-0137** | | | |

---------- Remittance Total --------------

| | | **184.48** | **3.97** |

DAVID O. SIMON, TRUSTEE

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND
2010 JUN 22 AM 10: 33